UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:12-CV-23037-JLK

JOSEF HAGBY, individually

    Plaintiff,

v.

LVNV FUNDING LLC, a Delaware limited
Liability company

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, LVNV Funding, LLC ("LVNV"), by its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to plaintiff's claims. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 15TH day of October 2012.

    Respectfully submitted,

    s/ Kenneth C. Grace
    Kenneth C. Grace, Esq.
    Florida Bar No.: 0658464
    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
    3350 Buschwood Park Drive, Suite 195
    Tampa, FL 33618
    Telephone: (813) 890-2465
    Fax: (866) 466-3140
    kgrace@sessions-law.biz
    *Counsel for LVNV Funding, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2012 a copy of the foregoing was served electronically via CM/ECF on the following:

Matthew J. Militzok, Esq.
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, FL  33021

                                                                s/ Kenneth C. Grace
                                                                Kenneth C. Grace, Esq.

919567.doc